UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLEG PERELMAN,

                          Plaintiff,

                                                    Case No.: 1:15-cv-00482(RRM)(RER)

              -against-

DIVERSIFIED RECOVERY SOLUTIONS,
LLC,

                          Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the Plaintiff's voluntary dismissal of his claims against DIVERSIFIED RECOVERY

SOLUTIONS, LLC, in the above-captioned matter, without prejudice.   A proposed Order of

Dismissal is annexed hereto as Exhibit A.

Dated:          May 18, 2016

| | |
|---|---|
| Marcus & Zelman, LLC | Law Offices of Bruce W. Minsky, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Oleg Perelman* | *Diversified Recovery Solutions, LLC* |

By: /s/ Yitzchak Zelman_____            By: __/s/ Bruce W. Minsky____ _____
      Yitzchak Zelman, Esq. (YZ5857)                Bruce W. Minsky, Esq.
1500 Allaire Avenue, Suite 101                  112 Brick Church Road
Ocean, New Jersey 07712                         New Hempstead NY 10977
Tel:  732-695-3282                              Tel: (646) 234-7006;
Fax: 732-298-6256                               Fax: (702) 973-6607
Email:  yzelman@marcuszelman.com                E-Mail: bwminsky@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLEG PERELMAN,

                Plaintiff,

                -against-

DIVERSIFIED RECOVERY SOLUTIONS, LLC,

                Defendant.

Case No.: 1:15-cv-00482(RRM)(RER)

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 18, 2016 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:15-cv-00482(RRM)(RER), are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2016.**

_____
HONORABLE ROSALYN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE